1 **LAWYERS FOR ADA RIGHTS**
2 R. ALAN SMITH, ESQ. (SBN: 062835)
  3111 Camino Del Rio North, Suite 400
3 San Diego, CA 92108
  Telephone: (619) 541-3922
4 Email: asmith@ada-laws.com

5 Attorney for Plaintiff
  MARIA SANCHEZ
6

7 # UNITED STATES DISTRICT COURT
8 ## SOUTHERN DISTRICT OF CALIFORNIA
9

| MARIA SANCHEZ, an individual, | CASE NO. 20CV1108 CAB MSB |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTYLY SET DATES** |
| v. | |
| PIZZERIA LUIGI, INC., a California Corporation dba PIZZERIA LUIGI; and Does 1-20, inclusive, | Judge:    Hon. Cynthia A. Bashant
Courtroom: 4B (Suite 4145) |
| Defendants. | Magistrate: Judge Michael S. Berg
Courtroom: 2C (Suite 2160) |
| | CASE FILED: June 18, 2020
TRIAL DATE: Not yet set |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

| | | |
|---|---|---|
| 1 | DATED:  August 5, 2020 | LAWYERS FOR ADA RIGHTS |
| 2 | | |
| 3 | | By: */s/ R. Alan Smith* |
| 4 | | R. ALAN SMITH, ESQ. |
| 5 | | Attorneys for Plaintiff<br>MARIA SANCHEZ |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |