1  William A. Miller, Bar No. 144637
   wmiller@higgslaw.com
2  HIGGS FLETCHER & MACK LLP
3  401 West "A" Street, Suite 2600
   San Diego, CA 92101-7913
4  Telephone: 619.236.1551
5  Facsimile: 619.696.1410

6  Attorneys for Defendant
7  IMPERIAL BREWING, INC.
   dba PIZZERIA LUIGI (erroneously sued as
8  "Pizzeria Luigi, Inc., dba Pizzeria Luigi")

9

10              UNITED STATES DISTRICT COURT
11              SOUTHERN DISTRICT OF CALIFORNIA

12

| 13 | MARIA SANCHEZ, an individual, | CASE NO. 20CV1108 CAB MSB |
|---|---|---|
| 14 | Plaintiff, | **JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)** |
| 15 | v. | |
| 16 | PIZZERIA LUIGI, INC., a California Corporation dba PIZZERIA LUIGI; and Does 1-20, inclusive, | Judge:     Hon. Cathy Ann Bencivengo<br>Courtroom: 4C (Suite 4165) |
| 17 | | Magistrate: Judge Michael S. Berg<br>Courtroom: 2C (Suite 2160) |
| 18 | Defendants. | |
| 19 | | CASE FILED: June 18, 2020<br>TRIAL DATE: Not yet set |
| 20 | | |

21

22      Pursuant to F.R.CIV.P.41 (a)(1), the parties hereby apply to the court that
23 this action may be dismissed with prejudice as to all parties; each party to bear
24 his/her/its own attorneys' fees and costs. This motion is made as the matter has
25 been resolved to the satisfaction of all parties.
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | DATED: August 24, 2020 | HIGGS FLETCHER & MACK LLP |
| 2 | | |
| 3 | | By: */s/ William A. Miller* |
| 4 | | WILLIAM A. MILLER, ESQ.<br>Attorneys for Defendant |
| 5 | | IMPERIAL BREWING, INC.<br>dba PIZZERIA LUIGI (erroneously |
| 6 | | sued as "Pizzeria Luigi, Inc., dba<br>Pizzeria Luigi") |
| 7 | DATED: August 24, 2020 | LAWYERS FOR ADA RIGHTS |
| 8 | | |
| 9 | | By: */s/ Matthew Arnold* |
| 10 | | R. ALAN SMITH, ESQ.<br>MATTHEW ARNOLD, ESQ. |
| 11 | | Attorneys for Plaintiff<br>MARIA SANCHEZ |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Matthew Arnold, Esq., counsel for Plaintiff MARIA SANCHEZ, and that I have obtained authorization to affix his electronic signature to this document.

DATED: August 24, 2020                HIGGS FLETCHER & MACK LLP


By: */s/ William A. Miller*
    WILLIAM A. MILLER, ESQ.
    Attorneys for Defendant
    IMPERIAL BREWING, INC.
    dba PIZZERIA LUIGI (erroneously
    sued as "Pizzeria Luigi, Inc., dba
    Pizzeria Luigi")