UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARIA SANCHEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PIZZERIA LUIGI, INC. et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-cv-1108-CAB-MSB<br><br>**DISMISSAL WITH PREJUDICE**<br><br>**[Doc. No. 7]** |
|---|---|

　　Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

　　It is **SO ORDERED.**

Dated: August 25, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge